UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

KEVIN PEARSON,

                                                                    Civil Action No. 1:13-cv-00928

              Plaintiff,

      v.


MIDWEST FIDELITY SERVICES, LLC D/B/A
ALLIED FIDELITY SERVICES, LLC
              Defendant.


_____


## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure, Plaintiff Kevin Pearson, hereby voluntarily dismisses this action against Defendant

Midwest Fidelity Services, LLC d/b/a Allied Fidelity Services, LLC., with prejudice.



DATED:        November 14, 2014


/s/Seth J. Andrews, Esq._____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884